UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GEORGE VOURVOULIAS, JR.,

    Plaintiff,

vs.

GREEK ORTHODOX ARCHDIOCESE OF
AMERICA et al.,

    Defendants.

Case No. 20-cv-1849-bhl

## ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT GREEK ORTHODOX ARCHDIOCESE OF AMERICA'S DEADLINE TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

On May 25, 2021, Plaintiff George Vourvoulias, Jr. and Defendant Greek Orthodox Archdiocese of America ("Archdiocese") filed a joint motion seeking an order amending the Scheduling Order (ECF No. 18) to extend (1) the deadline for each party to conduct a single deposition of the other party (or its designated representative) on issues related to choice of law until June 30, 2021; and (2) the Archdiocese's deadline to file its responsive pleading to Plaintiff's Complaint until July 16, 2021. Accordingly,

**IT IS HEREBY ORDERED** the joint motion (ECF No. 20) is **GRANTED**. The parties shall have until June 30, 2021 to conduct a single deposition of the other party (or its designated representative) on issues related to choice of law, and the Archdiocese shall have until July 16, 2021 to file its responsive pleading to Plaintiff's Amended Complaint.

Dated at Milwaukee, Wisconsin this 26th day of May, 2021.

                                                s/ *Brett H. Ludwig*
                                                BRETT H. LUDWIG
                                                United States District Judge